Argued and submitted October 17, affirmed November 13, 2002

## STATE OF OREGON,
*Respondent,*

*v.*

## WILLIAM ALBERT LABARRE,
*Appellant.*

00-11-38541; A115673

57 P3d 947

Marc D. Blackman argued the cause for appellant. With him on the brief were Kendra M. Matthews and Ransom Blackman LLP.

Janet A. Klapstein, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Haselton, Presiding Judge, and Linder and Wollheim, Judges.

PER CURIAM

Affirmed. *State v. Hutchison,* 176 Or App 363, 31 P3d 1123 (2001).